**LEVY, PHILLIPS & KONIGSBERG, LLP**
800 Third Avenue, 13th Floor
New York, NY  10022
Telephone: 212-605-6200
Steven J. Phillips – pro hac vice – NYS Bar No. 1433408
E-mail: SPhillips@lpklaw.com
Diane Paolicelli – pro hac vice – NYS Bar No. 1795087
E-mail:  DPaolicelli@lpklaw.com
Roxanne DeFrancesco – pro hac vice –NYS Bar No. 4264859
E-mail:  RDeFrancesco@lpklaw.com
Victoria Phillips – pro hac vice – NYS Bar No. 4317178
E-mail:  VPhillips@lpklaw.com

**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA  02110
Telephone: 617-720-1333
David D. Strouss  - pro hac vice –MA Bar No. 546253
E-mail: DStrouss@tenlaw.com
Brad Mitchell – pro hac vice – MA Bar No. 639845
E-mail:  BMitchell@tenlaw.com

**PLATTNER VERDERAME PC**
P.O. Box 36570
Phoenix, AZ  85067-6570
Telephone: 602-266-2002
Richard S. Plattner, State Bar No. 005019
E-mail:  rplattner@plattner-verderame.com
Frank Verderame, State Bar No. 007519
E-mail:  fverderame@plattner-verderame.com
Randall A. Hinsch, State Bar No. 010280
E-mail rhinsch@plattner-verderame.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NOAH MANSPEAKER, by his Parents and Natural Guardians, CHRIS MANSPEAKER and CHRISTINE KENNEDY and individually; and REANNE SHAMAN, by her Parents and Natural Guardians, MARK SHAMAN and JULIANNE SHAMAN and individually,<br><br>            Plaintiffs,<br><br>v. | NO.  CV10-01578-PHX-ROS<br><br>**MOTION FOR REMAND OF PLAINTIFFS NOAH MANSPEAKER, CHRIS MANSPEAKER, CHRISTINE KENNEDY, REANNE SHAMAN, MARK SHAMAN, AND JULIANNE SHAMAN** |

| | |
|---|---|
| 1<br>2<br>3<br>4 | INTEL CORPORATION, a foreign corporation, and ASM AMERICA, INC., a foreign corporation; John Does I-X; XYZ corporations I-X,<br><br>            Defendants. |

5  Come now Plaintiffs Noah Manspeaker, by his Parents and Natural

6  Guardians, Chris Manspeaker and Christine Kennedy and individually; and Reanne

7

8  Shaman, by her Parents and Natural Guardians, Mark Shaman and Julianne

9  Shaman, and individually, and move the Court for an Order remanding this matter

10 to the Superior Court of Maricopa County, Arizona.  This motion is supported by the

11 accompanying memorandum of law.
12

13 Dated:  September 23, 2010        LEVY, PHILLIPS & KONIGSBERG, LLP
                                    Steven J. Phillips – pro hac vice
14                                  Diane Paolicelli – pro hac vice
                                    Roxanne DeFrancesco - pro hac vice
15                                  Victoria E. Phillips - pro hac vice
                                    800 Third Avenue, 13th Floor
16                                  New York, NY 10022

17                                  THORNTON & NAUMES, LLP
                                    David D. Strouss – pro hac vice
18                                  Brad Mitchell – pro hac vice
19                                  100 Summer Street, 30th Floor
                                    Boston, MA 02110
20
                                    PLATTNER VERDERAME, P.C.
21                                  Richard S. Plattner
                                    Frank Verderame
22                                  Randall A. Hinsch
23                                  P.O. Box 36570
                                    Phoenix, AZ 85067
24

25                                  By   /s/  Richard S. Plattner
                                            Richard S. Plattner
26
                                    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**Patrick W. Dennis:   PDennis@gibsondunn.com**

**Casey N. Carrington:   CCarrington@gibsondunn.com**

**Beth A. Coombs:   BCoombs@gibsondunn.com**

**David M. LaSpaluto:   DLaSpaluto@perkinscoie.com**

**Stephen D. Hoffman:   SHoffman@lbbslaw.com**

  /s/ Richard S. Plattner